IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| DAVID J. SCHUBERT, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 6:15-cv-0 1755-TC |
| | ) | |
| v. | ) | FINDINGS AND |
| | ) | RECOMMENDATION |
| ROSEBRG VA MEDICAL CENTER, | ) | |
| Defendant. | ) | |

COFFIN, Magistrate Judge:

    This court issued an order to show cause why defendant Roseburg Medical Center's unopposed motion (#7) to dismiss should not be allowed after plaintiff failed to respond to such motion. Plaintiff was ordered to respond within twenty days and cautioned that a failure to respond would result in the dismissal of this action for failure to prosecute and failure to comply with a court order. Plaintiff has not responded. As such, this action should be dismissed for failure to prosecute, failure to comply with a court order, and for the reasons stated in the defendant's motion. The five factors for

dismissal discussed in <u>Malone v. United States Postal Service</u>, 833 F.2d 128 (9th Cir. 1987) have been weighed and indicate that dismissal is proper.

DATED this 22 day of April, 2016.

THOMAS M. COFFIN
United States Magistrate Judge

2 - FINDINGS AND RECOMMENDATION