IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**David J. Schubert,**

    Plaintiff,

v.

**Roseburg VA Medical Center,**

    Defendant.

**Civ. No. 6:15-cv-01755-TC**

**OPINION and ORDER**

MCSHANE, Judge:

    Magistrate Judge Thomas M. Coffin filed a Findings and Recommendation (ECF No. 15), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although neither party filed objections, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude it is correct.

1 – OPINION AND ORDER

THEREFORE, IT IS HEREBY ORDERED that, Magistrate Judge Coffin's Findings and Recommendation (ECF No. 15) is adopted in its entirety and Defendant's Motion to Dismiss (ECF No. 7) is GRANTED.

IT IS SO ORDERED.

DATED this 23rd day of June, 2016.

        /s/ Michael J. McShane
        Michael J. McShane
        United States District Judge

2 – OPINION AND ORDER